No. 73-6222. WAGNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73-6234. LOPEZ v. UNITED STATES; and

No. 73-6246. OREYANA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73-6238. WARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-6241. THORPE v. CITY OF KANSAS CITY. Sup. Ct. Mo. Certiorari denied:

No. 73-6247. WALKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73-6258. DORMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73-6259. BREWER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73-6263. RIZZO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73-6264. WALKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73-6285. WHITLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73-6292. EDWARDS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73-6298. FRAZIER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 73-6303. BURCH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.